JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON NATHANIEL GORDON,<br><br>          Plaintiff,<br><br>v.<br><br>JARRIUS MOON,<br><br>          Defendant. | Case No. 2:25-cv-07799-SB-SK<br><br>FINAL JUDGMENT |

    For the reasons stated in the separate order of dismissal entered this day, Plaintiff's ADA claim is dismissed without leave to amend as frivolous pursuant to 28 U.S.C § 1915(e) and his state-law claims are dismissed without prejudice for lack of jurisdiction.

Date: October 27, 2025

                                                   Stanley Blumenfeld, Jr.
                                                 United States District Judge